# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

RONNIE MONTSDEOCA

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 03-5071-LRJ

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __October 4, 2002__ in __Palm Beach__ County, in the __Southern__ District of __Florida__, defendant(s) did,

by force and violence, or by intimidation, take from the person or presence of another, money belonging to, or in the care, custody, control, management, or possession of Regents Bank, located at 5255 North Federal Highway, Boca Raton, Florida which is federally insured,

in violation of Title __18__ United States Code, Section(s) __2113(a)__

I further state that I am a(n) __Special Agent F.B.I.__ and that this complaint is based on the following facts:
                                        Official Title

Please see attached affidavit.

Continued on the attached and made a part hereof:   [x] Yes  [ ] No

Signature of Complainant
MARIA D. LLOMPART
FEDERAL BUREAU OF INVESTIGATION

Sworn to before me, and subscribed in my presence,

MARCH 3, 2003                                         at   WEST PALM BEACH, FLORIDA
Date                                                       City and State

LINNEA R. JOHNSON
CHIEF UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                         Signature of Judicial Officer



## AFFIDAVIT

I, Maria D. Llompart, being duly sworn, states as follows:

1. I have been a Special Agent of the Federal Bureau of Investigation (FBI) since April 1995. I am currently assigned to the Palm Beach County Resident Agency of the Miami Division of the FBI. Throughout my career as an FBI Special Agent, I have investigated numerous criminal cases including bank robberies and other violent crimes. The information set forth in this affidavit is based on information known to me personally, from other law enforcement officers who participated in the investigation, and persons identified in this affidavit.

2. On October 04, 2002, at approximately 12:20 PM, Regents Bank employees advised the Boca Raton Police Department that their branch located at 5255 North Federal Highway, Boca Raton, in the Southern District of Florida, had just been robbed.

3. The bank provided a copy of the Federal Deposit Insurance Corporation (FDIC) certificate which indicated that the Regents Bank and its deposits were federally insured at the time of the robbery on October 04, 2002.

4. The teller advised that a lone white male robber had entered the bank and approached her teller window. The robber stated: "This is a robbery, I have a gun, give me all the money!" The robber was described as a white male, approximately 5'9", thin build, approximately twenty-five years of age, goatee or thin beard, wearing a tan fishermen hat, white colored shirt under a gray sweater and baggy jeans.

5. In response, the teller began to remove money, which included bait bills, from the teller drawer. The robber stated "Give me the hundreds and fifties too." The teller gave the robber fifties, but did not have hundreds. The robber stated: "Is that all the hundred and fifties?" The teller replied "Yes" and the robber took possession of the money that totaled $907.00 and exited the bank.

6. A witness inside the bank, who was aware of the robbery, followed the bank robber

outside and observed the bank robber enter the passenger side of a green sport utility vehicle (SUV) bearing Florida registration U54PKL. The witness also observed a magnet sign attached to the door of the vehicle that had the words Absolute Concrete. A Department of Motor Vehicle (DMV) registration check revealed that Florida tag number U54PKL is registered to a green 1996 Ford SUV. The DMV check revealed the registered owner of this vehicle is Iris Israel-Montsdeoca and Ronnie Monstdeoca, residing at 431 SW 83rd Avenue, North Lauderdale, Florida.

7. FBI Agents and other law enforcement officers surveilled 431 SW 83rd Avenue, North Lauderdale, Florida. At approximately 2:45 PM a green Ford Explorer, with an Absolute Concrete magnetic sign attached to the passenger side, bearing Florida license plate U54PKL arrived. The driver of the vehicle was identified as defendant RONNIE MONTSDEOCA and the passenger was identified as his son, Joseph Michael Montsdeoca, a white male, 5'9", goatee, wearing a blue/gray short sleeved t-shirt and baggy blue jeans. Observed laying in plain view in the vehicle was a gray long sleeve sweater and a tan fishermen hat.

8. Joseph Michael Montsdeoca had $558.00 cash in his pocket. Five of the bills in his pocket were the bait bills reported stolen by the Regents Bank. Joseph Michael Montsdeoca's father, defendant RONNIE MONTSDEOCA, had $359.00 cash in his pocket; a total between them of $917.00).

9. Both men were arrested, and subsequently defendant RONNIE MONTSDECOA was released. While in custody, defendant RONNIE MONTSDEOCA stated that he was never in Boca Raton on October 04, 2002. However, on October 07, 2002, defendant RONNIE MONTSDEOCA and his wife, Iris Israel-Montsdeoca, met with your affiant at the FBI Miami Division to retrieve personal property. defendant RONNIE MONTSDEOCA stated that he **was** in Boca Raton on October 04, 2002 completing a work project for his company Absolute Concrete. Defendant RONNIE MONTSDEOCA also advised that his son departed the work site and later

returned to pick him up. Defendant RONNIE MONTSDEOCA stated that his son, Joseph Michael Montsdeoca, had a drug problem and committed the robbery in Boca Raton alone.

10. Joseph Michael Montsdeoca was charged with the bank robbery. On February 28, 2003, Joseph Michael Montsdeoca pleaded guilty to the bank robbery.

11. Joseph Montsdeoca was interviewed and explained that his father, defendant RONNIE MONTSDEOCA, had been incarcerated for a number of years for bank robbery. Joseph Montsdeoca also stated that after defendant RONNIE MONTSDEOCA's release, on approximately October 2001, defendant RONNIE MONTSDEOCA encouraged Joseph Michael Montsdeoca to commit bank robberies, advised him on how to conduct bank robberies and, furthermore, was the getaway driver during the robbery at Regent Bank on October 04, 2002.

Based on the foregoing, your affiant has probable cause to believe that defendant RONNIE MONTSDEOCA did knowingly and willfully, by force, violence, and intimidation, take from the person and presence of an employee of Regents Bank, 5255 North Federal Highway, Boca Raton, Florida, in the Southern District of Florida, approximately $907.00 in United States currency belonging to and in the care, custody, control and possession of Regents Bank, a bank, whose deposits were then insured by the Federal Deposit Insurance Corporation (FDIC), in violation of Title 18 U.S.C. sections 2113(a) and 2.   FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
MARIA D. LLOMPART, SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Subscribed and sworn to me this 3rd day
of March 2003, at West Palm Beach,
Florida

_____
LINNEA R. JOHNSON
CHIEF UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 03-5071-LRJ

**UNITED STATES OF AMERICA**

        **Plaintiff,**

**vs.**

**RONNIE MONTSDEOCA,**

        **Defendant.**
_____/

## CRIMINAL COVER SHEET

1. Did this case originate from a matter pending in the United States Attorney's Office prior to April 1, 1999? ____ Yes __X__ No

2. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? ____Yes __X__ No

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

BY: _____
KERRY BARON
ASSISTANT UNITED STATES ATTORNEY
Admin. No. A5500073
500 Australian Avenue, Suite 400
West Palm Beach, FL 33401
TEL (561) 820-8711
FAX (561) 820-8777
Kerry.Baron@usdoj.gov