PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 30494

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **91-06015-CR-MIDDLEBROOKS**
**03-80044-CR-MIDDLEBROOKS** ✓

### Request for Modifying the Conditions or Term of Supervision
### With Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Ronnie Montsdeoca

Name of Sentencing Judicial Officer: The Honorable Donald M. Middlebrooks United States District Judge, West Palm Beach, Florida

Date of Original Sentence: October 22, 2003

Original Offense: **91-6015-CR-MIDDLEBROOKS** - Counts 1-4: Bank Robbery, 18 U.S.C. § 2113(a), a Class C felony.

Original Sentence: Two hundred forty (240) months BOP, followed by three (3) years supervised released. On February 27, 1995, the defendant's sentence was reduced to 120 months BOP. On October 22, 2003, the defendant's supervision was revoked and he was sentenced to 24 months BOP, followed by one (1) year supervised release, consecutive to the supervised release imposed in Docket No. 03-80044-CR-MIDDLEBROOKS.

Original Offense: **03-80044-CR-MIDDLEBROOKS** - Count 1: Bank robbery, 18 U.S.C. § 2113(a), a Class C felony.

Original Sentence: One hundred fifty-one (151) months BOP, followed by three (3) years supervised release with the following special conditions: 1) participate in an approved treatment program for drug and/or alcohol abuse; 2) maintain full-time employment; and 3) submit to search of person or property. Restitution ordered in the amount of $907.00 was satisfied.

Type of Supervision: Supervised Release    Date Supervision Commenced: January 26, 2016

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.
☒ To modify the conditions of supervision as follows:

**The defendant shall reside at and participate in the Residential Re-entry Center for a period not to exceed 120 days, or until otherwise released by the Court.**

1.  **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On or about August 4, 2016, the defendant submitted a urine sample which tested positive for the presence of cocaine in or local laboratory and he subsequently signed an Admission of Drug Use Form.

2.  **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On or about August 5, 2016, the defendant submitted a urine sample which tested positive for the presence of cocaine in or local laboratory and he subsequently signed an Admission of Drug Use Form.

## CAUSE

On July 26, 2016, this officer received Your Honor's response to the Report On Offender Under Supervision allowing the defendant to participate in drug treatment after he tested positive for cocaine. On August 4, 2016, the defendant reported to the probation office to meet with a treatment officer who was to refer him to drug treatment. During the defendant's meeting with the treatment probation officer, he admitted that he used cocaine with his nephew on or about August 3, 2016.

On August 5, 2016, the defendant and his girlfriend both reported to the probation office to discuss his continued drug use with this officer, along with a treatment probation officer. The defendant gave permission for this officer to discuss his substance abuse issue in the presence of his girlfriend because she is a source of support. All parties agreed that it is best that the defendant participate in the Residential Re-entry Center (RRC) for 120 days while he attends drug treatment.

On August 5, 2016, the defendant tested positive again for cocaine but that use was residual. The defendant has been sanctioned to submit urine samples two times per week for the next 60 days.

PROB 12B  
(SD/FL 9/96)                                                                                     SD/FL PACTS No. 30494

**RECOMMENDATION:**

It is recommended Your Honor modify the defendant's supervised release to include that he participate in the RRC for 120 days. The defendant signed the attached Waiver of Hearing to Modify the Conditions of Supervised Release.

Respectfully submitted,

by: _____ Dedra Pratt  
                      Aug 15 2016 3:13 PM  
Dedra Pratt                          Medardo Monterrey  
United States Probation Officer      Aug 15 2016 9:47 AM  
Office: 954-769-5524  
Cellular: 786-348-4321  
Date: August 12, 2016

THE COURT ORDERS:

☐  No Action  
☒  The Modification of Conditions as Noted Above  
☐  Submit a Request for ☐ Warrant or ☐ Summons

_____  
Signature of Judicial Officer

8/19/16  
_____  
Date