UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 91-06**015**-CR-MIDDLEBROOKS
03-80044-CR-MIDDLEBROOKS ✓

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RONNIE MONTSDEOCA,

    Defendant.
_____/

## FINAL JUDGMENT ON REVOCATION OF SUPERVISED RELEASE

**THIS MATTER** comes before the Court upon the Petition of the United States Probation Office for revocation of supervised release. A final revocation hearing was conducted on February 2, 2017. The Defendant admitted to violations 1 and 3 listed in the Superseding Petition (D.E. 57). The Court finds that Defendant has violated the terms and conditions of supervision. After hearing from the parties and being fully advised as to the facts and circumstances of this case, it is

**ORDERED AND ADJUDGED** that the Defendant's period of supervision is hereby **REINSTATED.** All existing conditions of supervised release remain in full force and effect.

**DONE AND ORDERED,** at West Palm Beach, Florida, this __3__ day of February, 2017.

                                                                               *[signature]*

                                                      **DONALD M. MIDDLEBROOKS**
                                                      **UNITED STATES DISTRICT JUDGE**

cc:    Counsel of Record
        U.S. Marshal
        Probation