UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 03-80044-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

RONNIE MONTSDEOCA,

           Defendant.
_____/

## FINAL JUDGMENT ON REVOCATION OF SUPERVISED RELEASE

**THIS MATTER** comes before the Court upon the Petition of the United States Probation Office for revocation of supervised release. A final revocation hearing was conducted on October 26, 2017. The Defendant admitted to violations #1, #2 and #3 listed in the Petition (D.E. 68). The Government did not proceed on violations #4 and #5. The Court finds that Defendant has violated the terms and conditions of supervision as to violations 1 through 3. After hearing from the parties and being fully advised as to the facts and circumstances of this case, it is

**ORDERED AND ADJUDGED** that the Defendant's period of supervision is hereby **REVOKED.** The Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of **EIGHT (8) MONTHS** with no supervision to follow.

**DONE AND ORDERED,** at West Palm Beach, Florida, this 26 day of October, 2017.

                                              **DONALD M. MIDDLEBROOKS**
                                              **UNITED STATES DISTRICT JUDGE**

cc:    Counsel of Record