UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 03-80044-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RONNIE MONTSDEOCA,

        Defendant.
_____/

### FINAL JUDGMENT ON REVOCATION OF SUPERVISED RELEASE

**THIS MATTER** comes before the Court upon the Petition of the United States Probation Office for revocation of supervised release. A final revocation hearing was conducted on October 26, 2017. The Defendant admitted to violations #1, #2 and #3 listed in the Petition (D.E. 68). The Government did not proceed on violations #4 and #5. The Court finds that Defendant has violated the terms and conditions of supervision as to violations 1 through 3. After hearing from the parties and being fully advised as to the facts and circumstances of this case, it is

**ORDERED AND ADJUDGED** that the Defendant's period of supervision is hereby **REVOKED**. The Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of **EIGHT (8) MONTHS** with no supervision to follow.

**DONE AND ORDERED**, at West Palm Beach, Florida, this 26 day of October, 2017.

FILED by PG D.C.
FEB 26 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record

*Delivered on 1/26/18 to D. Edge, Warden at FCI Jesup, GA with a certified copy of this judgment.*

cso